[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAY 16, 2008
THOMAS K. KAHN
CLERK

_____

No. 07-13985
Non-Argument Calendar

_____

D. C. Docket No. 02-00035-CR-3-LAC

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JEAN MICHAEL SANTIAGUE,
a.k.a. Emmanuel Reid,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

**(May 16, 2008)**

Before TJOFLAT, DUBINA and BLACK, Circuit Judges.

PER CURIAM:

Gwendolyn Spivey, appointed counsel for Jean Michael Santiague, has filed

a motion to withdraw on appeal supported by a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d. 493 (1967).  Our independent review of the record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED** and Santiague's conviction and sentence are **AFFIRMED**.